No. 86–154. INVESTMENT COMPANY INSTITUTE *v.* CLARKE ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–195. ARKON SHIPPING AGENCY, INC., ET AL. *v.* KASSAPAS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KASSAPAS, ET AL. Ct. App. La., 5th Cir. Motion of Maritime Law Association of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–223. NEAPOLITAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 86–367. NEW MEXICO TAXATION AND REVENUE DEPARTMENT *v.* RAMAH NAVAJO SCHOOL BOARD, INC., ET AL. Ct. App. N. M. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 86–376. CONNECTICUT *v.* BADGETT. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–448. CONNECTICUT *v.* GRAY. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–5029. WILSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.